# UNITED STATES DISTRICT COURT
## FOR THE Eastern District of New York
### Brooklyn

Lewis Rodriguez

                Plaintiff,

v.                                          Case No.: 1:09–cv–01714–ENV–JMA

                                                        Judge Eric N. Vitaliano

City of New York, et al.

                Defendant.

## SCHEDULING ORDER

Pursuant to Fed. R. Civ. P.16, the court having conferred with counsel, **IT IS HEREBY ORDERED:**

                                                       s/ Magistrate Judge Joan M. Azrack
                                                               United States District Judge

December 1, 2009